1 PHILLIP A. TALBERT
United States Attorney
2 KIMBERLY A. SANCHEZ
STEPHANIE STOKMAN
3 Assistant United States Attorneys
2500 Tulare Street, Suite 4401
4 Fresno, CA  93721
Telephone: (559) 497-4000
5 Facsimile: (559) 497-4099

6
Attorneys for Plaintiff
7 United States of America

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00232 JLT-SKO |
|---|---|
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| JOSE ARMANDO TORRES-GARCIA, ET AL., | |
| Defendants. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on August 25, 2022 charging the above defendants with violations of 18 U.S.C. § 1959(a)(1) – Murder in Aid of Racketeering (2 Counts), be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant

///

///

///

thereto, except when necessary for the issuance and execution of the warrant. Julio Cesar Recinos-Sorto is in custody on these charges. Therefore, the government requests permission to file a copy of the indictment redacted of the codefendants' names who have not yet been arrested and to provide a copy of the same to Recinos-Sorto.

DATED: August 25, 2022                     Respectfully submitted,

                                                 PHILLIP A. TALBERT
                                               United States Attorney

                                  By     /s/ KIMBERLY A. SANCHEZ
                                       KIMBERLY A. SANCHEZ
                                       Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: August 25, 2022

                                       ~~SHEILA K. OBERTO~~
                                       U.S. Magistrate Judge

                                       **Erica P. Grosjean, U.S. Magistrate Judge**