Case 1:22-cr-00232-JLT-BAM Document 58 Filed 06/22/23 Page 1 of 2

SEALED

FILED
Jun 22, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
JUSTIN GILIO
Assistant United States Attorneys
ROBERT VENEMAN-HUGHES
Special Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00232-JLT |
|---|---|
| Plaintiff, | MOTION AND ORDER TO SEAL INDICTMENT |
| v. | |
| LEIVA-LEIVA, ET AL | |
| Defendants. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on March 25, 2021 charging the above defendants with violations of 18 U.S.C. § 1962(d) – Conspiracy to Participate in a Racketeering Enterprise; 18 U.S.C. § 1959(a)(1) – Murder in Aid of Racketeering (6 Counts), be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the Indictment or any warrants issued

///

Motion to Seal Indictment                    1

pursuant thereto, except when necessary for the issuance and execution of the warrants.

DATED: June 22, 2023			Respectfully submitted,

					PHILLIP A. TALBERT
					United States Attorney

			By	/s/ JUSTIN GILIO
					JUSTIN GILIO
					Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  June 22, 2023			_____
					BARBARA A. MCAULIFFE
					U.S. Magistrate Judge

The government shall file a redacted version of the indictment as to those defendants not in custody.   BAM