Case 1:22-cr-00232-JLT-BAM Document 61 Filed 06/23/23 Page 1 of 5

**SEALED**

FILED
Jun 23, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN ALFREDO LEIVA-LEIVA,<br>   AKA "DARK," AKA "DAR,"<br>JOSE RENE BARRERA-MARTINEZ,<br>   AKA "FUGITIVO,"<br>ANGEL ANTONIO DIAZ-MORALES,<br>   AKA, "PECADOR,"<br>LUIS FAUSINO DIAZ-PINEDA,<br>   AKA "FURIOSO," AKA, "MINERO,"<br>JUAN CARLOS URIAS-TORRES,<br>   AKA "GRANDE," AKA, "MASTER,"<br>ANGEL ANTONIO CASTRO-ALFARO,<br>   AKA "TONY WEED," AKA,<br>   "DISCIPULO,"<br>JOSE JOAQUIN ORELLANA,<br>   AKA "SOBERBIO,"<br>JULIO CESAR RECINOS-SORTO,<br>JOSE ARMANDO TORRES-GARCIA,<br>   AKA "DRIVER," AND<br>JOSE SANTOS HERNANDEZ-OTERO,<br>   AKA "DOBLE,"<br><br>    Defendants. | CASE NO. 1:22-CR-00232-JLT-SKO<br><br>[~~PROPOSED~~] ORDER ON GOVERNMENT'S *EX PARTE* MOTION TO MODIFY SEALING ORDER; APPLICATION TO DISCLOSE PORTIONS OF SEALED INDICTMENT; AND ~~REQUEST FOR~~ PROTECTIVE ORDER<br><br>**Under Seal** |

Having considered the United States of America's *ex parte* motion for an order modifying/ clarifying an order issued on June 22, 2023 by the Honorable Barbara A. McAuliffe on the government's motion to seal an indictment, including FBI SA Ryan Demmon's Declaration, IT IS HEREBY FOUND AND ORDERED:

The government shall file a redacted version of the indictment as to those defendants not in custody, and such redacted version of the indictment shall be sealed for 60 days or as ordered in further order of the court. The sealed redacted version of the Superseding Indictment shall be provided only to the federal courts conducting required proceedings in this case, prosecutors representing the United

ORDER

1

1   States in those appearances, and defense counsel appointed to represent any defendants arrested pursuant
2   to warrants issued in this case.  As of this writing, there are three defendants who have not yet been
3   arrested, five that are appearing before the Honorable Barbara A. McAuliffe, U.S. Magistrate Court
4   Judge, on Friday, June 23, 2023 for arraignment on the Superseding Indictment, and another two
5   defendants appearing before the duty Magistrate Judge at a later date for their arraignment.
6       The Court further orders that no person receiving a copy of the sealed Superseding Indictment
7   captioned *United States v. Leiva-Leiva, et al.,* Case No. 1:23-CR-00232 JLT-SKO, may disseminate the
8   document, file it on a public docket, or otherwise publicize the contents of the document.
9       The Court finds as set forth in the government's motion:
10       1.    The investigation underlying the sealed Superseding Indictment captioned *United States*
11   *v. Leiva-Leiva, et al.,* Case No. 1:22-CR-00232-JLT-SKO, arises from a series of murders and other
12   criminal conduct engaged in by members and associates of the MS-13 enterprise occurring mainly from
13   2014 through 2023, and that was investigated through a variety of investigative tools, including
14   extensive wiretaps in 2018.  Subsequent cooperating witnesses and criminal acts led to evidence against
15   MS-13 members and associates going back farther and continuing through at least 2023.
16       2.    The charges in the instant matter are related to only six of approximately 14 murders
17   committed in or arising from activities that began in Mendota, California occurring between 2014 and
18   2018.  Additionally, in Case No. 1:18-CR-00002-JLT-SKO, two defendants have been convicted of the
19   2017 murder of A.R., one defendant was charged and convicted of that murder in Fresno County
20   Superior Court, and two co-conspirators remain under investigation.  That leaves 7 murders still under
21   investigation.  The investigation of those murders indicate that all of the murders were committed by
22   members and associates of the MS-13 enterprise.  While law enforcement has evidence as to suspects in
23   some of these murders, filing charges in the murders will likely involve developing further evidence
24   through potential cooperating defendants.  As is set forth in the affidavits in support of the complaints
25   noted herein, among the rules under which MS-13 operates is the rule against cooperating with law
26   enforcement.  Moreover, as further set forth in those affidavits, the consequences for rules violations
27   include physical assault and death.  As such, the security of individuals who have already become
28   cooperating witnesses requires scrutiny and caution in publicly disseminating documents that can be

1  shared with members of the MS-13 enterprise and place a focus for the enterprise on "disciplining"
2  those who have provided information.  Additionally, developing additional cooperating defendants to
3  assist in solving the remaining murders requires focus and effort to limit the ability of MS-13 members
4  and associates to obtain copies of the documentation that tends to identify cooperating defendants.  (All
5  also supported by the Declaration of FBI Special Agent Ryan Demmon which was attached to the
6  government's Motion).

7  3. The allegations contained in the *Leiva-Leiva*, et al Superseding Indictment, contain
8  charges against ten defendants.  While the charges in the Superseding Indictment allege crimes in
9  addition to those alleged in related sealed criminal complaints, Case Nos. 1:21-MJ-00049-EPG and
10 1:23-MJ-00063-SAB, the affidavits in support of the criminal complaints allege that these defendants
11 have ordered, or committed one or more murders.

12 4. Because some defendants will make initial appearances in federal court on the *Leiva-*
13 *Leiva* Superseding Indictment, there is now a need to reveal the sealed redacted version of the
14 superseding indictment to the judges handling those matters, defense counsel appointed in the case, and
15 other Assistant United States Attorneys appearing on behalf of the United States.

16 5. The Court is ordering the Superseding Indictment redacted of the defendants not yet
17 arrested to be filed under seal.  While the "press and the public have a presumed right of access to court
18 proceedings and documents" under the First Amendment, this presumed right is not absolute.  *See*
19 *Press-Enterprise Co. v. Superior Court*, 464 U.S. 501, 510 (1985).  It can be overcome "based on
20 findings that closure is essential to preserve higher values and is narrowly tailored to serve that interest."
21 *Id*.  From the Court's perspective, the controlling "interest is to be articulated along with findings
22 specific enough that a reviewing court can determine whether the closure order was properly entered."
23 *Id.*

24 6. Pursuant to Federal Rule of Criminal Procedure 16(d)(1), the Court finds "good cause" to
25 restrict dissemination of discovery to the extent the Superseding Indictment is considered Rule 16
26 discovery.  Fed. R. Crim. P. 16(d)(1).  In addition, Local Rule 141(b) and *United States v. Doe*, 870 F.3d
27 991, 1000 (9th Cir. 2017), recognize the need to maintain some matters under seal for good cause.  In
28 particular, the Ninth Circuit has recognized risks of harm to the defendant and compromising an ongoing

1   investigation as compelling reasons supporting the sealing of government documents in a criminal
2   prosecution. *Doe*, 870 F.3d at 998-1000.

3       7.    The Court finds that insuring the safety of investigators executing the arrest warrants in
4   this case and the integrity of an ongoing investigation overcomes the public's interest in full access to
5   this prosecution at this time.

6       8.    Pursuant to these authorities, there is good cause to issue a protective order to keep the
7   redacted version of the *Leiva-Leiva* superseding indictment under seal and subject to restrictive use
8   because public disclosure and wide dissemination of the document could jeopardize the lives of
9   confidential informants, cooperating witnesses, law enforcement executing the arrest warrants in this
10  case, and the ongoing criminal investigation of persons charged in the *Leiva-Leiva* superseding
11  indictment and related criminal investigations.

12      9.    Therefore, based upon the sensitive nature of materials discussed in the redacted version
13  of the *Leiva-Leiva* superseding indictment and the need to protect law enforcement and the integrity of
14  an ongoing investigation, a limited disclosure of the document is ordered for the use of the federal courts
15  presiding over matters arising from the *Leiva-Leiva* superseding indictment, counsel for defendants
16  appearing on the *Leiva-Leiva* superseding indictment, and any Assistant United States Attorney
17  representing the United States in connection with the *Leiva-Leiva* superseding indictment.

18      The Court further ORDERS that parties and defense counsel, including but not limited to defense
19  counsel's staff, investigators, and outside assistants, not disclose the contents of the *Leiva-Leiva*
20  superseding indictment, case number 1:22-CR-00232-JLT-SKO, until further order of this Court. Until
21  the matter is unsealed, defense counsel, their staff, investigators, and outside assistants may permit the
22  defendants, in the presence of members of the defense team, to review the contents of the *Leiva-Leiva*
23  superseding indictment, case number 1:22-CR-00232-JLT-SKO.

24      IT IS FURTHER ORDERED THAT this motion and any resulting Order shall be sealed and
25  remain sealed until further order of the Court. The Court finds that public disclosure of this motion
26  could interfere with an ongoing investigation and the government's ability to obtain evidence as the
27  government outlined in its Motion.
28

ORDER     4

IT IS FURTHER ORDERED THAT this ORDER shall remain in effect for 60 days (until August 22, 2023). If the government seeks an extension of the order, it must file a motion to extend on or before August 22, 2023. Otherwise, the redacted version of the *Leiva-Leiva* superseding indictment will be made public without necessitating a further Court order.

IT IS SO ORDERED.

Dated: 6/23/23

_____
BARBARA A. McAULIFFE
U.S. Magistrate Court Judge