**FILED**
Jul 27, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00232-JLT-SKO |
| Plaintiff, | ORDER UNSEALING SUPERSEDING INDICTMENT |
| v. | |
| MARTIN ALFREDO LEIVA-LEVIA, et al., | |
| Defendants. | |

The United States has previously applied to this Court for the superseding indictment and arrest warrants in the above-captioned proceedings to remain under seal in order to prevent the destruction of evidence and flight of the target of the investigation. The United States now requests that the Court unseal the case and the indictment. Based on the United States' application to unseal, there is no longer any need for the indictment to remain under seal.

IT IS ORDERED that the case and the superseding indictment filed in the above-entitled matter shall be unsealed.

Dated: July 26, 2023

_____
HON. STANLEY A. BOONE
U.S. MAGISTRATE JUDGE

1