PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN ALFREDO LEIVA-LEIVA ET AL,<br><br>Defendants. | CASE NO. 1:22-CR-00232-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: September 6, 2023; September 20, 2023<br>TIME: 2:00 p.m.; 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendants Jose Joaquin Orellana and Julio Cesar Recinos-Sorto are set for an arraignment on a superseding indictment on **September 6, 2023**, in front of the Honorable Sheila K. Oberto, U.S. Magistrate Court Judge. The parties request to **keep this on calendar** for purposes of arraigning Mr. Orellana and Mr. Recinos-Sorto on the superseding indictment.

2. Defendant Jose Joaquin Orellana requests to waive his appearance on September 6, 2023, pursuant to Fed. R. Crim.P. 10 and Fed. R. Crim.P. 43 and will submit a written waiver signed by him and defense counsel affirming that he has received a copy of the superseding indictment and that his plea is not guilty by September 1, 2023. This waiver is only for the hearing on September 6, 2023. As to Defendant Jose Joaquin Orellana, no change of plea is anticipated at this time.

3. Defendants Martin Alfredo Leiva-Leiva, Jose Rene Barrera-Martinez, Angel Antonio

Diaz-Morales, Luis Fausino Diaz-Pineda, Juan Carlos Urias-Torres, and Angel Antonio Castro-Alfaro are on calendar for a status conference on **September 20, 2023**, in front of the Honorable Sheila K. Oberto, U.S. Magistrate Court Judge.  The parties wish to **continue the status conference to December 6, 2023**.

4. Defendants Jose Joaquin Orellana and Julio Cesar Recinos-Sorto also wish to set the case for a status conference on **December 6, 2023**.  Thus, all parties should be set for a status conference on December 6, 2023.

5. All parties also stipulate to a finding that the case is a "complex case" pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).

6. All parties agree to exclude time between September 6, 2023, and December 6, 2023, inclusive.

7. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery associated with this case is voluminous and includes tens of thousands of pages, including investigative reports, photographs and videos, as well as hundreds of hours of recorded telephone conversations pursuant to wiretap orders, cellular phone extractions, and large amounts of cellular telephone precise location data and vehicle tracker data. All this discovery has been either produced directly to counsel and/or produced to a court-appointed discovery coordinator, and/or made available for inspection and copying.

   b) The government anticipates collecting additional supplemental discovery in this case and plans to produce that discovery between today's date and the December status conference date.

   c) Complex Case Designation: Additionally, the parties stipulate and agree that the case should be designated a "complex case" as it so complex, due to the nature of the prosecution that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. § 3161.

   d) Counsel for defendants desire additional time to consult with their clients, conduct investigation, review the voluminous discovery, prepare for a possible trial, and explore a potential resolution of the case.

    e) Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    f) The government does not object to the continuance.

    g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 6, 2023 to December 6, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i), B(ii), and B(iv) because the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.  This stipulation also results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.


Dated:  August 24, 2023          PHILLIP A. TALBERT
                   United States Attorney

                   /s/ Justin J. Gilio
                   JUSTIN J. GILIO
                   Assistant United States Attorney

| | |
|---|---|
| Dated:  August 28, 2023 | /s/  Tim Warriner |
| | Tim Warriner |
| | Counsel for Defendant |
| | Martin Alfredo Leiva-Leiva |
| Dated:  August 28, 2023 | /s/  Kim Freter |
| | Kim Freter |
| | Learned Counsel for Defendant |
| | Martin Alfredo Leiva-Leiva |
| Dated:  August 28, 2023 | /s/ Jonathan C. Aminoff |
| | Jonathan C. Aminoff |
| | Counsel for Defendant |
| | Jose Rene Barrera-Martinez |
| Dated:  August 28, 2023 | /s/ Cuauhtemoc Ortega |
| | Cuauhtemoc Ortega |
| | Learned Counsel for Defendant |
| | Jose Rene Barrera-Martinez |
| Dated:  August 28, 2023 | /s/ Galatea DeLapp |
| | Galatea DeLapp |
| | Counsel for Defendant |
| | Angel Antonio Diaz-Morales |
| Dated:  August 28, 2023 | /s/ Teri Thompson |
| | Teri Thompson |
| | Learned Counsel for Defendant |
| | Angel Antonio Diaz-Morales |
| Dated:  August 28, 2023 | /s/ Dina Santos |
| | Dina Santos |
| | Counsel for Defendant |
| | Luis Fausino Diaz-Pineda |
| Dated:  August 28, 2023 | /s/ James Castle |
| | James Castle |
| | Learned Counsel for Defendant |
| | Luis Faustino Diaz-Pineda |
| Dated:  August 28, 2023 | /s/ Daniel Benjamin Olmos |
| | Daniel Benjamin Olmos |
| | Counsel for Defendant |
| | Juan Carlos Urias-Torres |
| Dated:  August 28, 2023 | /s/ Cristina Borde |
| | Cristina Borde |
| | Learned Counsel for Defendant |
| | Juan Carlos Urias-Torres |

| | |
|---|---|
| Dated: August 28, 2023 | /s/ Patrick Aguirre<br>Patrick Aguirre<br>Counsel for Defendant<br>Angel Antonio Castro-Alfaro |
| Dated: August 28, 2023 | /s/ David Stern<br>David Stern<br>Learned Counsel for Defendant<br>Angel Antonio Castro-Alfaro |
| Dated: August 28, 2023 | /s/ Kasha Castillo<br>Kasha Castillo<br>Counsel for Defendant<br>Jose Joaquin Orellana |
| Dated: August 28, 2023 | /s/ Ellis Murray Johnston<br>Ellis Murray Johnston<br>Learned Counsel for Defendant<br>Jose Joaquin Orellana |
| Dated: August 28, 2023 | /s/ Michael McKneely<br>Michael McKneely<br>Counsel for Defendant<br>Julio Cesar Recinos-Sorto |
| Dated: August 28, 2023 | /s/ Mark Goldenrosen<br>Mark Goldrosen<br>Learned Counsel for Defendant<br>Julio Cesar Recinos-Sorto |

**ORDER**

IT IS SO ORDERED.

DATED: 8/28/2023

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE