1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN J. GILIO
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,              CASE NO.  1:22-CR-00232-JLT-SKO

12                      Plaintiff,        STIPULATION REGARDING EXCLUDABLE
                                          TIME PERIODS UNDER SPEEDY TRIAL ACT;
13              v.                        ORDER

14 MARTIN ALFREDO LEIVA-LEIVA ET AL,      DATE: December 6, 2023;
                                          TIME: 1:00 p.m.
15                      Defendants.       COURT: Hon. Sheila K. Oberto

16

17       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

18 through defendant's counsel of record, hereby stipulate as follows:

19       1.      Defendants are set for a status conference on **December 6, 2023**, in front of the

20 Honorable Sheila K. Oberto, U.S. Magistrate Court Judge.  The parties wish to **continue the status**

21 **conference to March 6, 2024**.

22       2.      All parties have previously stipulated to a finding that the case is a "complex case"

23 pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).

24       3.      All parties agree to exclude time between December 6, 2023, and March 6, 2024,

25 inclusive.

26       4.      The parties agree and stipulate, and request that the Court find the following:

27              a)      The discovery associated with this case is voluminous and includes tens of

28 thousands of pages, including investigative reports, photographs and videos, as well as hundreds

   STIPULATION REGARDING EXCLUDABLE TIME          1
   PERIODS UNDER SPEEDY TRIAL ACT

1  of hours of recorded telephone conversations pursuant to wiretap orders, cellular phone

2  extractions, and large amounts of cellular telephone precise location data and vehicle tracker

3  data. All this discovery has been either produced directly to counsel and/or produced to a court-

4  appointed discovery coordinator, and/or made available for inspection and copying.

5        b)    The government continues to collect and process additional supplemental

6  discovery in this case and plans to produce that discovery between today's date and the March

7  status conference date.

8        c)    Complex Case Designation: Additionally, the parties stipulate and agree that the

9  case should be designated a "complex case" as it so complex, due to the nature of the prosecution

10  that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself

11  within the time limits established by 18 U.S.C. § 3161.

12        d)    Counsel for defendants desire additional time to consult with their clients, conduct

13  investigation, review the voluminous discovery, prepare for a possible trial, and explore a

14  potential resolution of the case.

15        e)    Counsel for defendants believe that failure to grant the above-requested

16  continuance would deny him/her the reasonable time necessary for effective preparation, taking

17  into account the exercise of due diligence.

18        f)    The government does not object to the continuance.

19        g)    Based on the above-stated findings, the ends of justice served by continuing the

20  case as requested outweigh the interest of the public and the defendant in a trial within the

21  original date prescribed by the Speedy Trial Act.

22        h)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

23  et seq., within which trial must commence, the time period of December 6, 2023 to March 6,

24  2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i), B(ii), and

25  B(iv) because the case is so unusual or so complex, due to the number of defendants, the nature

26  of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to

27  expect adequate preparation for pretrial proceedings or for the trial itself within the time limits

28  established by this section.  This stipulation also results from a continuance granted by the Court

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  November 28, 2023                              PHILLIP A. TALBERT
                                                       United States Attorney


                                                       /s/ Justin J. Gilio
                                                       JUSTIN J. GILIO
                                                       Assistant United States Attorney


Dated:  November 28, 2023                              /s/  Tim Warriner
                                                         Tim Warriner
                                                       Counsel for Defendant
                                                       Martin Alfredo Leiva-Leiva

Dated:  November 28, 2023                              /s/  Kim Freter
                                                         Kim Freter
                                                       Learned Counsel for Defendant
                                                       Martin Alfredo Leiva-Leiva


Dated:  November 28, 2023                              /s/ Jonathan C. Aminoff
                                                       Jonathan C. Aminoff
                                                       Counsel for Defendant
                                                       Jose Rene Barrera-Martinez

Dated:  November 28, 2023                              /s/ Jimmy Threatt
                                                       Jimmy Threatt
                                                       Learned Counsel for Defendant
                                                       Jose Rene Barrera-Martinez

Dated:  November 28, 2023

/s/ Galatea DeLapp
Galatea DeLapp
Counsel for Defendant
Angel Antonio Diaz-Morales

Dated:  November 28, 2023

/s/ Teri Thompson
Teri Thompson
Learned Counsel for Defendant
Angel Antonio Diaz-Morales

Dated:  November 28, 2023

/s/ Dina Santos
Dina Santos
Counsel for Defendant
Luis Faustino Diaz-Pineda

Dated:  November 28, 2023

/s/ James Castle
James Castle
Learned Counsel for Defendant
Luis Faustino Diaz-Pineda

Dated:  November 28, 2023

/s/ Cristina Borde
Cristina Borde
Counsel for Defendant
Juan Carlos Urias-Torres

Dated:  November 28, 2023

/s/ Patrick Aguirre
Patrick Aguirre
Counsel for Defendant
Angel Antonio Castro-Alfaro

Dated:  November 28, 2023

/s/ David Stern
David Stern
Learned Counsel for Defendant
Angel Antonio Castro-Alfaro

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4

Dated: November 28, 2023          /s/ Kasha Castillo
                                            Kasha Castillo
                                            Counsel for Defendant
                                            Jose Joaquin Orellana

Dated: November 28, 2023          /s/ Ellis Murray Johnston
                                            Ellis Murray Johnston
                                            Learned Counsel for Defendant
                                            Jose Joaquin Orellana

Dated: November 28, 2023          /s/ Holly Sullivan
                                            Holly Sullivan
                                            Counsel for Defendant
                                            Jose Joaquin Orellana

Dated: November 28, 2023          /s/ Michael McKneely
                                            Michael McKneely
                                            Counsel for Defendant
                                            Julio Cesar Recinos-Sorto

Dated: November 28, 2023          /s/ Mark Goldrosen
                                            Mark Goldrosen
                                            Learned Counsel for Defendant
                                            Julio Cesar Recinos-Sorto

**ORDER**

     IT IS SO ORDERED.

DATED: 11/29/2023                     _Sheila K. Oberto_
                                    THE HONORABLE SHEILA K. OBERTO
                                    UNITED STATES MAGISTRATE JUDGE