PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN ALFREDO LEIVA-LEIVA ET AL,<br><br>Defendants. | CASE NO. 1:22-CR-00232-JLT-SKO<br><br>STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;<br><br>DATE: March 6, 2024;<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendants are set for a status conference on **March 6, 2024**, in front of the Honorable Sheila K. Oberto, U.S. Magistrate Court Judge. The parties wish to **continue the status conference to August 21, 2024**.

2. By previous stipulation/order, this Court declared the case a "complex case" pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii). All parties agree to exclude time between March 6, 2024, and August 21, 2024, inclusive.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery associated with this case is voluminous and includes tens of thousands of pages, including investigative reports, photographs and videos, as well as hundreds of hours of recorded telephone conversations pursuant to wiretap orders, cellular phone

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

extractions, and large amounts of cellular telephone precise location data and vehicle tracker data. All this discovery has been either produced directly to counsel and/or produced to a court-appointed discovery coordinator, and/or made available for inspection and copying.

b) Since the last continuance, the government obtained and produced additional discovery. And the government anticipates collecting additional supplemental discovery in this case and plans to produce that discovery between today's date and the next status conference date.

c) Complex Case Designation: Additionally, the parties stipulate and agree that the case should be designated a "complex case" as it so complex, due to the nature of the prosecution that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. § 3161.

d) Counsel for defendants desire additional time to consult with their clients, conduct investigation, review the voluminous discovery, prepare for a possible trial, and explore a potential resolution of the case.

e) Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f) The government does not object to the continuance.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 6, 2024 to August 21, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i), B(ii), and B(iv) because the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section. This stipulation also results from a continuance granted by the Court

at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: February 24, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ Justin J. Gilio<br>JUSTIN J. GILIO<br>Assistant United States Attorney |
| Dated: February 26, 2024 | /s/ Tim Warriner<br>Tim Warriner<br>Counsel for Defendant<br>Martin Alfredo Leiva-Leiva |
| Dated: February 26, 2024 | /s/ Kim Freter<br>Kim Freter<br>Learned Counsel for Defendant<br>Martin Alfredo Leiva-Leiva |
| Dated: February 23, 2024 | /s/ Jonathan C. Aminoff<br>Jonathan C. Aminoff<br>Counsel for Defendant<br>Jose Rene Barrera-Martinez |
| Dated: February 23, 2024 | /s/ Jimmy Threatt<br>Jimmy Threatt<br>Counsel for Defendant<br>Jose Rene Barrera-Martinez |

| | |
|---|---|
| Dated:  February 22, 2024 | /s/ Galatea DeLapp |
| | Galatea DeLapp |
| | Counsel for Defendant |
| | Angel Antonio Diaz-Morales |
| | |
| Dated:  February 22, 2024 | /s/ Teri Thompson |
| | Teri Thompson |
| | Learned Counsel for Defendant |
| | Angel Antonio Diaz-Morales |
| | |
| Dated:  February 22, 2024 | /s/ Dina Santos |
| | Dina Santos |
| | Counsel for Defendant |
| | Luis Fausino Diaz-Pineda |
| | |
| Dated:  February 22, 2024 | /s/ James Castle |
| | James Castle |
| | Learned Counsel for Defendant |
| | Luis Faustino Diaz-Pineda |
| | |
| Dated:  February 22, 2024 | /s/ Daniel Benjamin Olmos |
| | Daniel Benjamin Olmos |
| | Counsel for Defendant |
| | Juan Carlos Urias-Torres |
| | |
| Dated:  February 22, 2024 | /s/ Cristina Borde |
| | Cristina Borde |
| | Learned Counsel for Defendant |
| | Juan Carlos Urias-Torres |
| | |
| Dated:  February 22, 2024 | /s/ Patrick Aguirre |
| | Patrick Aguirre |
| | Counsel for Defendant |
| | Angel Antonio Castro-Alfaro |
| | |
| Dated:  February 22, 2024 | /s/ David Stern |
| | David Stern |
| | Learned Counsel for Defendant |
| | Angel Antonio Castro-Alfaro |

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

4

Dated: February 26, 2024                    /s/ Kasha Castillo
                                            Kasha Castillo
                                            Counsel for Defendant
                                            Jose Joaquin Orellana

Dated: February 26, 2024                    /s/ Ellis Murray Johnston
                                            Ellis Murray Johnston
                                            Learned Counsel for Defendant
                                            Jose Joaquin Orellana

Dated: February 22, 2024                    /s/ Michael McKneely
                                            Michael McKneely
                                            Counsel for Defendant
                                            Julio Cesar Recinos-Sorto

Dated: February 22, 2024                    /s/ Mark Goldrosen
                                            Mark Goldrosen
                                            Learned Counsel for Defendant
                                            Julio Cesar Recinos-Sorto

**ORDER**

IT IS SO ORDERED.

DATED: 2/28/24

_____
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE