PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN ALFREDO LEIVA-LEIVA ET AL,<br><br>Defendants. | CASE NO. 1:22-CR-00232-JLT-SKO<br><br>STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT<br><br>DATE: August 21, 2024;<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendants are set for a status conference on **August 21, 2024**, in front of the Honorable Sheila K. Oberto, U.S. Magistrate Court Judge. The parties wish to **continue the status conference to February 19, 2025**.

2. All parties have previously stipulated to a finding that the case is a "complex case" pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).

3. All parties agree to exclude time between August 21, 2024, and February 19, 2025, inclusive.

4. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery associated with this case is voluminous and includes tens of thousands of pages, including investigative reports, photographs and videos, as well as hundreds

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

of hours of recorded telephone conversations pursuant to wiretap orders, cellular phone extractions, and large amounts of cellular telephone precise location data and vehicle tracker data. All this discovery has been either produced directly to counsel and/or produced to a court-appointed discovery coordinator, and/or made available for inspection and copying.

b)      The government has recently filed notices indicating that it will not be seeking the death penalty against certain defendants.  Additional time is needed by defense counsel to continue independent investigation and begin plea negotiations to attempt to reach a settlement as to all or at least some of the defendants.  Defense counsel believes that six months time would be reasonable given these tasks.

c)      Complex Case Designation: Additionally, the parties stipulate and agree that the case should be designated a "complex case" as it so complex, due to the nature of the prosecution that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. § 3161.

d)      Counsel for defendants desire additional time to consult with their clients, conduct investigation, review the voluminous discovery, prepare for a possible trial, and explore a potential resolution of the case.

e)      Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)      The government does not object to the continuance.

g)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 21, 2024 to February 19, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i), B(ii), and B(iv) because the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to

expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.  This stipulation also results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 7, 2024                           PHILLIP A. TALBERT
                                                 United States Attorney


                                                 /s/ Justin J. Gilio
                                                 JUSTIN J. GILIO
                                                 Assistant United States Attorney


Dated:  August 7, 2024                           /s/  Tim Warriner
                                                  Tim Warriner
                                                 Counsel for Defendant
                                                 Martin Alfredo Leiva-Leiva

Dated:  August 7, 2024                           /s/  Kim Freter
                                                  Kim Freter
                                                 Learned Counsel for Defendant
                                                 Martin Alfredo Leiva-Leiva


Dated:  August 7, 2024                           /s/ Jonathan C. Aminoff
                                                 Jonathan C. Aminoff
                                                 Counsel for Defendant
                                                 Jose Rene Barrera-Martinez

Dated:  August 7, 2024                           /s/ Jimmy Threat
                                                 Jimmy Threat
                                                 Learned Counsel for Defendant
                                                 Jose Rene Barrera-Martinez

Dated:  August 7, 2024                         /s/ Galatea DeLapp
                                               Galatea DeLapp
                                               Counsel for Defendant
                                               Angel Antonio Diaz-Morales

Dated:  August 7, 2024                         /s/ Teri Thompson
                                               Teri Thompson
                                               Learned Counsel for Defendant
                                               Angel Antonio Diaz-Morales

Dated:  August 7, 2024                         /s/ Dina Santos
                                               Dina Santos
                                               Counsel for Defendant
                                               Luis Fausino Diaz-Pineda

Dated:  August 7, 2024                         /s/ James Castle
                                               James Castle
                                               Learned Counsel for Defendant
                                               Luis Faustino Diaz-Pineda

Dated:  August 7, 2024                         /s/ Daniel Benjamin Olmos
                                               Daniel Benjamin Olmos
                                               Counsel for Defendant
                                               Juan Carlos Urias-Torres

Dated:  August 7, 2024                         /s/ Adilene Flores
                                               Adilene Flores
                                               Counsel for Defendant
                                               Juan Carlos Urias-Torres

Dated:  August 7, 2024                         /s/ David Stern
                                               David Stern
                                               Learned Counsel for Defendant
                                               Angel Antonio Castro-Alfaro

Dated:  August 7, 2024                         /s/ Kasha Castillo
                                               Kasha Castillo
                                               Counsel for Defendant
                                               Jose Joaquin Orellana

Dated:  August 7, 2024                         /s/ Ellis Murray Johnston
                                               Ellis Murray Johnston
                                               Learned Counsel for Defendant
                                               Jose Joaquin Orellana

Dated:  August 7, 2024                    /s/ Michael McKneely
                                          Michael McKneely
                                          Counsel for Defendant
                                          Julio Cesar Recinos-Sorto

Dated:  August 7, 2024                    /s/ Mark Goldenrosen
                                          Mark Goldrosen
                                          Learned Counsel for Defendant
                                          Julio Cesar Recinos-Sorto

**ORDER**

IT IS SO ORDERED.

DATED: 8/12/2024

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE