1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                    No. 1:21-CR-00051-NODJ-BAM

12                     Plaintiff,

13          v.

14    OSCAR ORELLAN GUEVARA,

15                     Defendant.

16    UNITED STATES OF AMERICA,                     No. 1:22-CR-00232-JLT-SKO

17                     Plaintiffs,                  RELATED CASE ORDER

18
            v.
19
      MARTIN ALFREDO LEIVA-LEIVA, et al.,
20
                       Defendants.
21

22

23         Examination of the above-captioned actions reveals that they are related within the

24    meaning of the Local Rules.  "[B]oth actions involve similar questions of fact and the same

25    question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a

26    substantial savings of judicial effort."  Local Rule 123(a)(3).  The assignment of these matters to

27    the same judge is likely to effect a substantial savings of judicial effort and is likely to be

28    convenient for the parties.

1

1    The parties should be aware that relating cases under Rule 123 causes the actions to be

2    assigned to the same judge—it does not consolidate the actions.  Under Rule 123, related cases

3    are generally assigned to the judge and magistrate judge to whom the first filed action was

4    assigned.

5    As a result, it is hereby ORDERED that Case No. 1:22-CR-00232-JLT-SKO is reassigned

6    from District Judge Jennifer L. Thurston to NODJ and from Magistrate Judge Sheila K. Oberto to

7    Magistrate Judge Barbara A. McAuliffe.  The caption on documents filed in the reassigned case

8    shall show Case No. 1:22-CR-00232-NODJ-BAM.

9    It is further ORDERED that the Clerk of the Court make appropriate adjustment in the

10   assignment of criminal cases to compensate for this reassignment.

11   IT IS SO ORDERED.

12   DATED:  August 23, 2024.

13   _____
      CHIEF UNITED STATES DISTRICT JUDGE

14