THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　v.<br><br>MARTIN ALFREDO LEIVA-LEIVA, *et al.*,<br><br>　　　　　Defendants. | CASE NO. 1:22-CR-00232-JCC-BAM<br><br>ORDER TO SHOW CAUSE |

The Court previously appointed learned counsel for death penalty-eligible defendants in this matter. (*See* Dkt. Nos. 48, 71, 72, 76, 81.) The Government later issued noticed of a decision not to seek the death penalty for some of those defendants. (*See* Dkt. Nos. 33, 165, 166.) Therefore, to all currently appointed learned counsel, you are hereby ORDERED to show cause why your appointment should be continued or terminated no later than November 15, 2024.

DATED this 31st day of October 2024.

								_____
								John C. Coughenour
								UNITED STATES DISTRICT JUDGE