PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
JUSTIN J. GILIO
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00232-JCC-BAM |
|---|---|
| Plaintiff, | MOTION TO INCLUDE ECF NO. 216 UNDER ATTORNEY'S EYES ONLY PROTECTIVE ORDER; AND ORDER |
| v. | |
| MARTIN LEIVA-LEIVA, ET AL. | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, hereby moves as follows:

1.  On January 23, 2024, the Court issued a protective order designating some discovery in the above-captioned case as "Attorney's Eyes Only", restricting the distribution and use of certain Protected Material. ECF No. 142.

2.  On December 13, 2024, the Court denied a request for a subpoena deuces tucum that relied, in part, on Protected Material. The Court's order was briefly available as ECF No. 216, which contained reference to the Protected Material in the original request.

3.  The Court subsequently ordered its order sealed in order to protect that information. ECF No. 217.

4.      In order to effectuate the Court's January 23, 2024 protective order, the United States now requests that any copy of ECF No. 216 retrieved prior to sealing be restricted in the same means and manner as the Protected Material designated in the Court's prior protective order at ECF No. 142.

Dated:  December 13, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED that any copy of ECF No. 216 be considered Protected Material covered under the protective order.

IT IS SO ORDERED.

Dated:   **December 13, 2024**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE