UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN ALFREDO LEIVA-LEIVA, et al.,<br><br>Defendants. | Case No. 1:22-cr-00232-BLW-BAM<br><br>**CASE MANAGEMENT ORDER** |

Following a status conference between the Court and all counsel on March 31, 2025, the Court enters the following case management order.

Litigation Deadlines

The deadlines listed below shall govern this litigation. I expect that the parties will abide by these deadlines to ensure a timely trial. In particular, I do not intend to allow any flexibility on these briefing deadlines, which provide significantly more time than the standard criminal briefing schedule and are being set well in advance so that counsel can plan accordingly. Extensions and continuances will be granted only under genuinely extenuating circumstances. Additionally, although the Court found excludable time through July 23, 2025, I expect that discovery efforts will continue during this period.

1.  **Notice of Intent to Seek the Death Penalty[1]**: June 5, 2025

2.  **Motions to Dismiss; Challenges to the Death Penalty**

    a.  Motions due on or before July 18, 2025

    b.  Responses due within 28 days, latest August 15, 2025

    c.  Replies due within 14 days, latest August 29, 2025

3.  **Motions to Suppress Evidence; Motions for Severance; Motions regarding Jury Venire or Jury Selection Process**

    a.  Motions due on or before August 8, 2025

    b.  Responses due within 28 days, latest September 5, 2025

    c.  Replies due within 14 days, latest September 19, 2025

4.  **Government's Motion to Amend Notice of Intent to Seek Death Penalty;[2] all other Motions not otherwise specified below**

    a.  Motions due on or before October 10, 2025

---

[1] The Court has broad authority to issue scheduling orders for docket management purposes. *See United States v. W.R. Grace*, 526 F.3d 499, 509 (9th Cir. 2008). In capital cases, this includes the authority to set and enforce deadlines for the government's notice of intent to seek the death penalty. *See, e.g.*, *United States v. McGill*, No. 09cr2856, 2010 WL 1571200, at *3 (S.D. Cal. Apr. 16, 2010); *United States v. Herrera*, CR 08-0730, 2010 WL 3155903, at *2 (N.D. Cal. Aug. 5, 2010); *United States v. Cruz-Ramirez*, CR 08-0730, 2010 WL 1459446, at *1 (N.D. Cal. Apr. 9, 2010). Indeed, this is a recommended practice in capital cases. *Guide to Judiciary Policy,* Vol. 7, Pt. A, Ch. 6, § 670.

[2] This is the deadline for the government to amend any previously issued notice of intent to seek the death penalty. The Court will not consider new attempts to seek the death penalty at this stage. *See* 18 U.S.C. § 3593(a) ("The court may permit the attorney for the government to amend the notice [of intent to seek the death penalty] upon a showing of good cause.").

    b. Responses due within 28 days, latest November 7, 2025

    c. Replies due within 14 days, latest November 21, 2025

5. **Joint Proposed Jury Questionnaire**: December 5, 2025. To the extent counsel cannot agree on specific questions, they shall state their objections thereon. I will then schedule hearings as necessary to finalize the Jury Questionnaire and the procedure for its use.

6. **Expert Disclosures**

    a. **Case-in-Chief Expert Disclosures**: December 18, 2025

    b. **Rebuttal Expert Disclosures**: February 9, 2026

7. **Motion regarding Requested Voir Dire Questions; Motions in Limine**

    a. Motions due on or before January 30, 2026

    b. Responses due within 28 days, latest February 27, 2026

    c. Replies due within 14 days, latest March 13, 2026

8. **Motions Regarding Inadequate Expert Notice and to Preclude or Limit Expert Testimony**

    a. Motions due on or before March 2, 2026

    b. Responses due within 19 days, latest March 20, 2026

    c. Replies due within 7 days, latest March 27, 2026

9. **Government Disclosure of Witness List and Exhibits; Defense Applications for Writs of Habeas Corpus Ad Testificandum; Trial**

**Subpoenas Requiring United States Marshal Service Transport**:

March 20, 2026

**10. Pretrial Conference; hearing on all pending pretrial Motions**: April 2, 2026

**11. Jury Selection and Trial commence**: April 20, 2026

Status Conferences

To ensure a timely trial and proactively address any problems, I will hold regular status conferences with all parties. Status conferences are planned for the following dates and will be in person unless otherwise indicated.

At least one week before each status conference, the parties shall file a joint status report informing the Court of the status of the case, including whether any change of plea is anticipated. In the status report, counsel for each defendant must state whether the defendant is waiving personal appearance pursuant to Rule 43. For any defendants waiving personal appearance, counsel must also submit a Rule 43 waiver motion.

1. **May 5, 2025**, at 1:00 p.m.
2. ***July 14, 2025**, at 1:00 p.m. over Zoom*
    a. The Court is aware that at least one defense team has a conflict on this date. The Court will work with the parties to reschedule the conference as we get closer to the date of the status conference.

3. **September 8, 2025**, at 1:00 p.m.

4. **October 6, 2025**, at 1:00 p.m.

5. **December 8, 2025**, at 1:00 p.m.

DATED: April 23, 2025

_____
B. Lynn Winmill
U.S. District Court Judge